UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BONNIE S. HAVENS, Administratrix
of the Estate of R.L. Hogan, et al.                                      PLAINTIFFS

v.                              No. 2:19-CV-02025

SHELTER MUTUAL INSURANCE COMPANY                                         DEFENDANT

## ORDER

Before the Court is a joint motion (Doc. 24) to dismiss this case with prejudice. The motion represents that this matter has settled. Dismissal on these terms is proper. Dismissal is conditioned on approval of the settlement by the Circuit Court of Logan County, Arkansas, Northern District, Probate Division, Case No. 42PPR-18-50. The Court will retain jurisdiction to enforce the terms and conditions of the settlement agreement.

IT IS THEREFORE ORDERED that the motion (Doc. 24) is GRANTED and this action is DISMISSED WITH PREJUDICE. The Court retains jurisdiction to enforce the terms and conditions of the settlement agreement.

IT IS SO ORDERED this 25th day of November, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE